IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SOBIA FAROOQ ATA,                                :
        Plaintiff,                                  :
        v.                                                  : Civ. No. 23-397-RGA
RAYMOUR & FLANIGAN                        :
COMPANY, INC.,                                     :
        Defendant.                              :

**MEMORANDUM ORDER**

At Wilmington on this 6th day of May, 2024;

1. On February 14, 2024, Defendant filed a motion to dismiss (D.I. 9). On February 16, 2024, Defendant filed an amended notice of service stating that the motion had been served on Plaintiff at her address of record on the docket.

2. On March 8, 2024, Plaintiff came to the Clerk's Office and filed a request for an extension of time to respond, asserting that she had not received the motion to dismiss. (D.I. 11).

3. On March 12, 2024, the Court granted Plaintiff's request for an extension, directing her to file a response by April 10, 2024. (D.I. 12).

4. On April 3, 2024, the Order was returned to sender with an updated mailing address, and the Order was then sent to the updated address on the same day. (D.I. 13).

5. To date, Plaintiff has not filed a response to the motion to dismiss.

Now therefore, IT IS HEREBY ORDERED that Plaintiff shall file her response in opposition to Defendant's motion to dismiss with fourteen days of the date of this Order. **If Plaintiff fails to timely file responses, this case may be dismissed without prejudice for failure to prosecute.**

_____
United States District Judge